**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1323**

EDAR Y. ROGLER,

        Plaintiff – Appellant,

    v.

ALEXANDRA M. FOTOS, in her personal capacity, in her landlord capacity, in her premise owner capacity, for Christine Fotos, d/b/a Alexandra M. Fotos; NEIL HARPE,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William D. Quarles, Jr., District Judge. (1:14-cv-00228-JKB)

Submitted:  August 25, 2016      Decided:  August 29, 2016

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edar Y. Rogler, Appellant Pro Se. Anne Marie McGinley, DECARO, DORAN, SICILIANO, GALLAGHER & DEBLASIS, LLP, Bowie, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edar Y. Rogler appeals the district court's orders dismissing her complaint and awarding attorney's fees and costs to Defendants and denying her motion to reconsider the order. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Rogler v. Fotos, No. 1:14-cv-00228-JKB (D. Md. Dec. 9, 2014; Oct. 22, 2015; Jan. 21, 2016; Feb. 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED